AO 243 (Rev. 01/15)

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 04 2021
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

| United States District Court | District **Arkansas** | |
|---|---|---|
| Name *(under which you were convicted):* **Justin Howell** | | Docket or Case No.: **4:17-cr-00293-BSM-35** |
| Place of Confinement: **USP-Tucson** | | Prisoner No.: **31668-009** |
| UNITED STATES OF AMERICA v. | | Movant *(include name under which convicted)* **Justin Howell** |

**MOTION**

1. (a) Name and location of court which entered the judgment of conviction you are challenging:

   **U.S. District Court Eastern District of Arkansas**

   (b) Criminal docket or case number (if you know): **4:17-cr-00293-BSM-35**

2. (a) Date of the judgment of conviction (if you know): _____

   (b) Date of sentencing: **September 25, 2020**

3. Length of sentence: **155 Months w/ 5 years Supervision**

4. Nature of crime (all counts): **21: 846 Sec 841-851 Attempt 21: 846 & 841(A)(1) & (B)(1)(A) Conspiracy to Distribute & PWITD Meth Actual**

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐   (2) Guilty ☒   (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to?

   **N/A**

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☐   Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐   No ☒

8. Did you appeal from the judgment of conviction?   Yes ☐   No ☒

AO 243 (Rev. 01/15)                                                               Page 3

9. If you did appeal, answer the following:

    (a) Name of court: _____

    (b) Docket or case number (if you know): _____

    (c) Result: _____

    (d) Date of result (if you know): _____

    (e) Citation to the case (if you know): _____

    (f) Grounds raised:

    (g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐    No ☒

        If "Yes," answer the following:

        (1) Docket or case number (if you know): _____

        (2) Result: _____

        (3) Date of result (if you know): _____

        (4) Citation to the case (if you know): _____

        (5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☐    No ☒

11. If your answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court: _____

        (2) Docket or case number (if you know): _____

        (3) Date of filing (if you know): _____

        (4) Nature of the proceeding: _____

        (5) Grounds raised:

AO 243 (Rev. 01/15)                                                                                                          Page 4

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
        Yes ☐   No ☐
    (7) Result: _____
    (8) Date of result (if you know): _____
 (b) If you filed any second motion, petition, or application, give the same information:
    (1) Name of court: _____
    (2) Docket of case number (if you know): _____
    (3) Date of filing (if you know): _____
    (4) Nature of the proceeding: _____
    (5) Grounds raised:

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
        Yes ☐   No ☐
    (7) Result: _____
    (8) Date of result (if you know): _____
 (c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?
    (1) First petition:   Yes ☐   No ☐
    (2) Second petition:  Yes ☐   No ☐
 (d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: Attorney Leo Monterey was Ineffective in violation of the 6th Amendment during the plea Process.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

During plea negotiation Attorney ("Monterey") advised Mr. Howell if he plead guilty the Government would make no objections during sentencing based on email communication between Monterey and the Government and that I would get "time served" or a variance pursuant to 5G1.1 due to the amount of time served in state prison. [Ex. 1] Had Monterey advised diffrently I would have insisted on trial but I thought I would be released.

(b) **Direct Appeal of Ground One:**
  (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐    No ☒
  (2) If you did not raise this issue in your direct appeal, explain why:

  Ineffective Assistance is proper on 28 U.S.C. §2255.

(c) **Post-Conviction Proceedings:**
  (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ☐    No ☒
  (2) If you answer to Question (c)(1) is "Yes," state:
  Type of motion or petition: _____
  Name and location of the court where the motion or petition was filed:

  Docket or case number (if you know): _____
  Date of the court's decision: _____
  Result (attach a copy of the court's opinion or order, if available):

  (3) Did you receive a hearing on your motion, petition, or application?
      Yes ☐    No ☐
  (4) Did you appeal from the denial of your motion, petition, or application?
      Yes ☐    No ☐
  (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
      Yes ☐    No ☐

(Continue page 5)

(a) Supporting Facts:

by pleading guilty as advised. I would have rolled the dice at a chance of being found not guilty had I known I would have been sentenced to 155 months by pleading guilty without credit for "time served" or a "variance" as advised by Monterey. [Ex. 1]. Mr. Howell's guilty plea was not knowing and involuntary because of the faulty advice by Monterey.

AO 243 (Rev. 01/15)                                                                                                    Page 6

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

GROUND TWO: Attorney Leo Monterey was Ineffective in violation of the 6th Amendment for not being present at P.S.I. interview.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Attorney Monterey was not present when probation and parole interviewed Mr. Howell for the Presentence Investigation Report to advise on my statements to the probation department. Monterey's failure to be present deprived Mr. Howell of effective Counsel during a Critical Stage in his proceedings. [Ex. 1].

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐    No ☒

(2) If you did not raise this issue in your direct appeal, explain why:

Ineffective Assistance is proper on 28 U.S.C. §2255.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐    No ☒

AO 243 (Rev. 01/15)                                                                                                     Page 7

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3) Did you receive a hearing on your motion, petition, or application?
    Yes ☐    No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
    Yes ☐    No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
    Yes ☐    No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

GROUND THREE: Attorney Leo Monterey was Ineffective in violation of the 6th Amendment at Sentencing.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Monterey failed to disclose the pre-sentence report to Mr. Howell until he was being sentenced. Mr. Howell was not able to dispute facts, statements, or file objections

___because of Monterey failing to go over the P.S.I as___
___required by 18 U.S.C. § 3552(d). Mr. Howell requested to___
___see the P.S.I. prior to sentencing. [Ex. 1].___

(b) **Direct Appeal of Ground Three:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?
       Yes ☐    No ☒

   (2) If you did not raise this issue in your direct appeal, explain why:

   ___Ineffective Assistance of Counsel is proper on §2255.___

(c) **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?
       Yes ☐    No ☐

   (2) If you answer to Question (c)(1) is "Yes," state:

   Type of motion or petition: _____

   Name and location of the court where the motion or petition was filed:

   _____

   Docket or case number (if you know): _____

   Date of the court's decision: _____

   Result (attach a copy of the court's opinion or order, if available):

   _____

   (3) Did you receive a hearing on your motion, petition, or application?
       Yes ☐    No ☐

   (4) Did you appeal from the denial of your motion, petition, or application?
       Yes ☐    No ☐

   (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
       Yes ☐    No ☐

   (6) If your answer to Question (c)(4) is "Yes," state:

   Name and location of the court where the appeal was filed:

   _____

   Docket or case number (if you know): _____

   Date of the court's decision: _____

   Result (attach a copy of the court's opinion or order, if available):

   _____

AO 243 (Rev. 01/15)                                                                                                                                       Page 9

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND FOUR:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) **Direct Appeal of Ground Four:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

      Yes ☐   No ☐

   (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

      Yes ☐   No ☐

   (2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

AO 243 (Rev. 01/15)  Page 10

    (3) Did you receive a hearing on your motion, petition, or application?
        Yes ☐    No ☐

    (4) Did you appeal from the denial of your motion, petition, or application?
        Yes ☐    No ☐

    (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
        Yes ☐    No ☐

    (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

    (7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

    Grounds 1-3 has not been previously Presented because §2255 is proper vehicle for relief.

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging?    Yes ☐   No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

AO 243 (Rev. 01/15)            Page 11

15. Give the name and address, if known, of each attorney who represented you in the following stages of the you are challenging:

   (a) At the preliminary hearing:

      Leo Monterey

   (b) At the arraignment and plea:

      Leo Monterey

   (c) At the trial:

      N/A

   (d) At sentencing:

      Leo Monterey

   (e) On appeal:

      N/A

   (f) In any post-conviction proceeding:

      N/A

   (g) On appeal from any ruling against you in a post-conviction proceeding:

      N/A

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?    Yes ☐    No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ☐    No ☒

   (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

   (b) Give the date the other sentence was imposed: _____

   (c) Give the length of the other sentence: _____

   (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?    Yes ☐    No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

      N/A

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –
   (1)   the date on which the judgment of conviction became final;
   (2)   the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
   (3)   the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
   (4)   the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

AO 243 (Rev. 01/15)                                                                                              Page 13

Therefore, movant asks that the Court grant the following relief:

__To Vacate Conviction and Sentence_____

or any other relief to which movant may be entitled.


_____
Signature of Attorney (if any)


I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on __Sept. 27, 2021_____.
                                                                                                              (month, date, year)

Executed (signed) on ___Sep 27, 2021___ (date)


_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.
N/A