United States District Court
Eastern District of Arkansas
(Central Division)

| United States of America, | No. 4:17-CR-00293-BSM |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF APPEAL |
| Justin Howell, | |
| Defendant, | |

Justin Howell, pro se, hereby files this notice of appeal given notice that he plans to appeal the denial of his 28 U.S.C. § 2255 [DE. 2303-1] motion that was decided on October 26, 2021, to the Eighth Circuit Court of Appeals.

November 23, 2021

Respectfully Submitted,

(s) *signature*

Justin B. Howell #31668-009
USP-Tucson
P.O. Box 24550
Tucson, AZ 85734
Appearing Pro Se,

Certificate of Service

The Government is a registered user of CM/ECF and will be given notice of this filing by the system.

Justin B. Howell
#31668-009
United States Penitentiary Tucson
P.O. Box 24550
Tucson, AZ 85734

PHOENIX AZ 852
27 NOV 2021 PM 10 L

CRIM

Clerk of the Court
U.S. District Court
600 W. Capital Ave.
Suite A-149
Little Rock, Ark 72201-3325

