# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 22-2461

_____

Justin B. Howell, also known as Bubba

Petitioner - Appellant

v.

United States of America

Respondent - Appellee            4:17-cr-00293-35-BSM

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:21-cv-00882-BSM)

_____

**JUDGMENT**

Before LOKEN, ERICKSON, and STRAS, Circuit Judges.

This appeal comes before the court on appellant's application for a certificate of appealability. The court has carefully reviewed the original file of the district court, and the application for a certificate of appealability is denied.  The appeal is dismissed.

December 16, 2022

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans

# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

December 16, 2022

Mr. Justin B. Howell
U.S. PENITENTIARY
31668-009
P.O. Box 24550
Tucson, AZ  85734

RE:  22-2461  Justin Howell v. United States

Dear Mr. Howell:

Enclosed is a copy of the dispositive order entered today in the referenced case.

Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing <u>must</u> be received by the clerk's office within the time set by FRAP 40 in cases where the United States or an officer or agency thereof is a party (within 45 days of entry of judgment). Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. Pro se petitions for rehearing are not afforded a grace period for mailing and are subject to being denied if not timely received.

Michael E. Gans
Clerk of Court

CNL

Enclosure(s)

cc:   Ms. Liza J. Brown
      Ms. Kristin Huntington Bryant
      Ms. Tammy H. Downs
      Ms. Stephanie Mazzanti

District Court/Agency Case Number(s):   4:21-cv-00882-BSM

# Forrest Dunn

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Friday, December 16, 2022 8:18 AM |
| **Subject:** | 22-2461 Justin Howell v. United States "judgment filed sua sponte coa denied" (4:21-cv-00882-BSM, Lead: 4:17-cr-00293-BSM-35) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 12/16/2022

**Case Name:**  Justin Howell v. United States
**Case Number:**  22-2461
**Document(s):**  Document(s)

**Docket Text:**
**JUDGMENT FILED -** Application for Certificate of Appealability is denied. JAMES B. LOKEN, RALPH R. ERICKSON and DAVID R. STRAS Adp Dec 2022 [5227918] [22-2461] (Casey Lee)

**Notice will be electronically mailed to:**

Ms. Liza J. Brown, Assistant U.S. Attorney: Liza.Brown@usdoj.gov, jarie.potts@usdoj.gov, stephanie.mazzanti@usdoj.gov, john.webster@usdoj.gov, leslie.bright@usdoj.gov, caseview.ecf@usdoj.gov
Ms. Kristin Huntington Bryant, Assistant U.S. Attorney: Kristin.Bryant@usdoj.gov, christy.averett@usdoj.gov, stephanie.mazzanti@usdoj.gov, john.webster@usdoj.gov, leslie.bright@usdoj.gov
Ms. Tammy H. Downs, Clerk of Court: ared_appeals@ared.uscourts.gov
Ms. Stephanie Mazzanti, Assistant U.S. Attorney: Stephanie.Mazzanti@usdoj.gov, christy.averett@usdoj.gov, john.webster@usdoj.gov, leslie.bright@usdoj.gov

**Notice will be mailed to:**

Mr. Justin B. Howell
31668-009
U.S. PENITENTIARY
P.O. Box 24550
Tucson, AZ 85734

The following document(s) are associated with this transaction:
**Document Description:** Cover Letter

**Original Filename:** /opt/ACECF/live/forms/CaseyLee_222461_5227918_GeneralCoverLetters_122.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=12/16/2022] [FileNumber=5227918-0]
[39c04155360c7473f6fb9572e724887656af5b0aa6e19ffeabb1a421cfae2b113a56ac57d0f433731e3f87937d036c69bf3ba75b6aeeca0becdce87b29f02faa]]
**Recipients:**

- Ms. Liza J. Brown, Assistant U.S. Attorney
- Ms. Kristin Huntington Bryant, Assistant U.S. Attorney
- Ms. Tammy H. Downs, Clerk of Court
- Mr. Justin B. Howell
- Ms. Stephanie Mazzanti, Assistant U.S. Attorney

**Document Description:** Judgment: Judge Directed
**Original Filename:** /opt/ACECF/live/forms/CaseyLee_222461_5227918_JudgmentsJudgeDirected_127.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=12/16/2022] [FileNumber=5227918-1]
[8bd1fae8af252a6255867728267619ff06c0096d4d548ef5ef0446f592f32ba9133e7225c4f2320f6330cbe22fc1a10a83efe34002ac98862bf5cda77f1c6dd9]]
**Recipients:**

- Ms. Liza J. Brown, Assistant U.S. Attorney
- Ms. Kristin Huntington Bryant, Assistant U.S. Attorney
- Ms. Tammy H. Downs, Clerk of Court
- Mr. Justin B. Howell
- Ms. Stephanie Mazzanti, Assistant U.S. Attorney

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 5227918
**RELIEF(S) DOCKETED:**
  coa denied
**DOCKET PART(S) ADDED:** 7178727, 7178728, 7178729