# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-2461

Justin B. Howell, also known as Bubba

Appellant

v.

United States of America

Appellee         4:17-cr-00293-35-BSM

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:21-cv-00882-BSM)

---

### MANDATE

In accordance with the judgment of December 16, 2022, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

February 07, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit

# Forrest Dunn

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Tuesday, February 7, 2023 9:50 AM |
| **Subject:** | 22-2461 Justin Howell v. United States "Mandate Issued" (4:21-cv-00882-BSM, Lead: 4:17-cr-00293-BSM-35) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 02/07/2023

**Case Name:** Justin Howell v. United States
**Case Number:** 22-2461
**Document(s):** Document(s)

**Docket Text:**
MANDATE ISSUED. [5243106] [22-2461] (Casey Lee)

**Notice will be electronically mailed to:**

Ms. Liza J. Brown, Assistant U.S. Attorney: Liza.Brown@usdoj.gov, jarie.potts@usdoj.gov, stephanie.mazzanti@usdoj.gov, john.webster@usdoj.gov, leslie.bright@usdoj.gov, caseview.ecf@usdoj.gov
Ms. Kristin Huntington Bryant, Assistant U.S. Attorney: Kristin.Bryant@usdoj.gov, christy.averett@usdoj.gov, stephanie.mazzanti@usdoj.gov, john.webster@usdoj.gov, leslie.bright@usdoj.gov
Ms. Tammy H. Downs, Clerk of Court: ared_appeals@ared.uscourts.gov
Ms. Stephanie Mazzanti, Assistant U.S. Attorney: Stephanie.Mazzanti@usdoj.gov, christy.averett@usdoj.gov, john.webster@usdoj.gov, leslie.bright@usdoj.gov
Honorable Brian S. Miller, U.S. District Judge: Brian_Miller@ared.uscourts.gov

**Notice will be mailed to:**

Mr. Justin B. Howell
31668-009
U.S. PENITENTIARY
P.O. Box 24550
Tucson, AZ 85734

The following document(s) are associated with this transaction:
**Document Description:** Mandate

1

**Original Filename:** /opt/ACECF/live/forms/CaseyLee_222461_5243106_MandateIssuedForms_386.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=02/07/2023] [FileNumber=5243106-0]
[8b906d60b506e5f203f8c697b9efe2e46b7503d6ae09d9587c52f80cf9617d9ee5e63209fef80592149e89a2a9660017728
268ff3008e18f45868c8b6f626471]]
**Recipients:**

- Ms. Liza J. Brown, Assistant U.S. Attorney
- Ms. Kristin Huntington Bryant, Assistant U.S. Attorney
- Ms. Tammy H. Downs, Clerk of Court
- Mr. Justin B. Howell
- Ms. Stephanie Mazzanti, Assistant U.S. Attorney
- Honorable Brian S. Miller, U.S. District Judge

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 5243106
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 7208409